FILED

2008 Dec-10  PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAMMY SCRUGGS,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:08-cv-01731-RDP** |
| | } | |
| **UNIFUND CCR PARTNERS, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached between Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), **DISMISSES** all claims against Experian **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over these claims for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss these claims against Experian with prejudice.  This order shall not affect any claims against any other party.

**DONE** and **ORDERED** this _____10th_____ day of December, 2008.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE