FILED
2009 Mar-12 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TAMMY SCRUGGS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:08-CV-01731-RDP |
| **UNIFUND CCR PARTNERS, et al.,** | } |
| **Defendants.** | } |

### ORDER OF DISMISSAL

This case is before the court on Plaintiff's Motion to Dismiss all Claims against Defendant Trans Union LLC (Doc. #19), filed March 11, 2009. The Motion is **GRANTED.** It is hereby **ORDERED** that the action against Defendant Trans Union LLC is **DISMISSED WITH PREJUDICE**. This dismissal shall not affect any other right, claim or cause of action which Plaintiff has, or may have, against any of the remaining Defendants.

**DONE** and **ORDERED** this     12th     day of March, 2009.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE